

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings, L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

The parties' joint motion to increase the word-count limits on their briefs is GRANTED. We therefore order the aggregate word-count limit for all briefs filed by a single party to be increased to 37,500.

The parties' joint motion for a third and final extension of time to file the appellants' briefs is also GRANTED. We order appellants to file their respective briefs by March 5, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

Furthermore, on January 15, 2020, a copy of a contempt judgment against the court reporter, Leticia Escamilla, was filed in this case. During the contempt proceeding, Ms. Escamilla stated an attorney in this case notified her of two issues in this case: (1) there is a missing volume of the reporter's record on a motion to set aside; and (2) two exhibits consisting of compact discs are missing, and the parties have not reached an agreement on whether to replace the missing exhibits with copies. The contempt judgment addresses the missing volume of the reporter's record, and orders Ms. Escamilla to work exclusively on completing and filing the missing volume in this case, as well as the reporter's records in other cases.

As to the second issue, we **ORDER** the parties to file a notice no later than 10 days of this order, advising this court on whether: (1) exhibits are indeed missing; and, if so, (2) whether the parties are able to replace the lost exhibits by agreement. *See* Tex. R. App. P. 34.6(f)(4)

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.



_____
Michael A. Cruz,
Clerk of Court